UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOHN EVANS,

             Petitioner,

                                                  Civil Action
   v.                                     No. 04-10323-RWZ

PAUL VERDINI,

            Respondent.

ORDER ON APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT

Having considered the petitioner's Application to Proceed Without Prepayment of Fees and Affidavit under 28 U.S.C. § 1915:

☒     In accordance with Fed. R. Civ. P. 5(e), the Clerk filed the Section 2254 petition on _____ and assigned it Civil Action No. <u>04-10323</u>

It is ORDERED that:

☐     The Application to Proceed Without Prepayment of Fees and Affidavit is GRANTED.

☒     The Application to Proceed Without Prepayment of Fees and Affidavit is DENIED for the following reason(s):

Petitioner has sufficient funds in his prison account to pay the $5 filing fee.

☒     It is FURTHER ORDERED that petitioner must pay the $5.00 filing fee within 42 days of the date of this Order or this case will be dismissed without prejudice.

2/26/04
DATE

_____
UNITED STATES DISTRICT JUDGE