UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOHN EVANS,
          Petitioner,

          v.

PAUL VERDINI,
          Respondent.

CIVIL ACTION

NO. 04-10323-RWZ

## ORDER

On February 17, 2004, counsel for petitioner John Evans, an inmate at MCI Shirley, submitted an application to proceed without prepayment of fees and a petition for a writ of habeas corpus under 28 U.S.C. § 2254.

Pursuant to Rule 4 of the Rules Governing Section 2254 cases, the Clerk of this Court shall serve a copy of the Petition for a Writ of Habeas Corpus by mailing copies of the same, certified mail, to (1) Paul Verdini, Superintendent, MCI Shirley, P.O. Box 1218, Shirley, MA 01464 AND (2) Cathryn Neaves, Chief, Appellate Division, Attorney General for the Commonwealth of Massachusetts, One Ashburton Place, 18th Floor, Boston, MA 02108-1598.

It is further ordered that Respondent shall, within 20 days of receipt of this Order, file an answer (or other proper responsive pleading) to the Petition for Writ of Habeas Corpus.

This Court further requests Respondent, as part of the return, to file such documents which reflect on whether Petitioner has exhausted his available state remedies with respect to the matters raised by the Petition.

2/26/04
DATE

_____
UNITED STATES DISTRICT JUDGE