# EMANUEL HOWARD

**Attorney at Law**
P. O. Box # 66067
Newton, MA 02466-0002

Telephone (617) 965-3042
Fax (617) 965-3793

July 19, 2004

FILED
[CLERK'S] OFFICE

2004 JUL 20 P II: 15

U.S. DISTRICT COURT
DISTRICT OF MASS

Clerk,
United States District Court
for the District of Massachusetts
U. S. Courthouse
1 Courthouse Way
Boston, MA 02210

RE:   **Evans v. Verdini**, case 1:04-cv-10323-RWZ.

Dear Sir/Madam:

Please note that I will be away from my office beginning July 31, 2004, returning on August 23, 2004.

Thank you for your attention to this matter.

Very truly yours,

*[signature]*

EMANUEL HOWARD
CC; Cl.; A.G. S. Reardon
Evans Clerk, U.S.D.C. Away From Office 07.19.2004 XP