# EMANUEL HOWARD

**Attorney at Law**
P. O. Box # 66067
Newton, MA 02466-0002

Telephone (617) 965-3042
Fax (617) 965-3793

FILED
IN CLERKS OFFICE

2004 NOV -5 P 3: 44

U.S. DISTRICT COURT
DISTRICT OF MASS.

November 4, 2004

Clerk,
United States District Court
for the District of Massachusetts
U. S. Courthouse
1 Courthouse Way
Boston, MA 02210

RE:   John Evans v. Paul Verdini, et al, No. 04-cv-10323-RWZ

Dear Sir/Madam:

Please consider this a Certificate of Service to the effect that, pursuant to the court's November 3, 2004 order via EFC Notice, I have this day served a copy of **PETITIONER'S EX PARTE MOTION FOR RECONSIDERATION OF DENIAL OF HIS EX PARTE MOTION TO AUTHORIZE COUNSEL TO OBTAIN NECESSARY SERVICES** to the respondent by mailing it first class, postage prepaid to:

Susanne G. Reardon
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Ma 02108

Very truly yours,

EMANUEL HOWARD

Evans Clerk, U.S.D C. Habeas Cert. of Svce. Ltr. Mot Reconsider Denial ExParte Mot. Funds 11.04.2004 XP