UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN EVANS, | ) |
| Petitioner, | ) |
| v. | ) Civil Action No. 04-10323-RWZ |
| PAUL VERDINI, | ) |
| Respondent. | ) |

**RESPONDENT'S ASSENTED TO MOTION FOR ENLARGEMENT OF TIME TO FILE MEMORANDUM IN OPPOSITION TO PETITION FOR WRIT OF HABEAS CORPUS**

The respondent, with the assent of petitioner's counsel, respectfully moves this Court to enlarge the time in which to file a memorandum in opposition to the habeas corpus petition to December 17, 2004. The response is currently due on December 3, 2004.

As grounds therefor, the respondent's attorney states:

1. She recently completed a merits memorandum in another habeas corpus case, Thomas MacLeod v. David Nolan, USDC 04-11629-PBS, which was filed on November 17, 2004 and is currently working on an amicus brief to be filed in the Supreme Judicial Court in the next two weeks. She has also had additional administrative duties over the last several months which have required a significant amount of time.

2. Due to the lengthy record in this case and the four issues involved, the respondent will require additional time to adequately respond to the petition.

WHEREFOR, the respondent respectfully moves this Court to enlarge the time for filing an opposition on the merits in the above-captioned petition to December 17, 2004. I have spoken

2

with petitioner's counsel and he assented to this extension.

> Respectfully submitted,
>
> THOMAS F. REILLY
> ATTORNEY GENERAL
>
> /s Susanne G. Reardon
> Susanne G. Reardon
> Assistant Attorney General
> Criminal Bureau
> One Ashburton Place
> Boston, Massachusetts 02108
> (617) 727-2200 ext. 2832
> BBO No. 561669

Dated: November 29, 2004

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon petitioner's counsel, at the address below on November 29, 2004, by depositing the copy in the office depository for collection and delivery by first-class mail, postage pre-paid, to him as follows:

Emanuel Howard
P.O. Box 66067
Newton, MA 02466-0002

> /s Susanne G. Reardon
> Susanne G. Reardon
> Assistant Attorney General