UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| <u>   JOHN EVANS   </u><br>                    Petitioner<br><br>              V.<br><br><u>   PAUL VERDINI   </u><br>                    Respondent | CIVIL ACTION<br><br>NO. <u>  04CV10323-RWZ  </u> |

## JUDGMENT

<u>  ZOBEL,  D. J.  </u>

In accordance with the Court's Order dated <u>   7/13/05  </u> summarily dismissing this petition for writ of habeas corpus under 28 U.S.C. §2254. JUDGMENT is entered for defendant.

                                                                    By the Court,

<u>  7/13/05  </u>                                        <u>  s/ Lisa A. Urso  </u>
     Date                                                      Deputy Clerk

(