UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO. 04-10323-RWZ

**JOHN EVANS**
Petitioner

v.

**PAUL VERDINI, et al,**
Respondents

## NOTICE OF APPEAL

Notice is hereby given that JOHN EVANS, Petitioner in the above named case, hereby appeals to the United States Court of Appeals for the First Circuit from the July 13, 2005 order and judgment of dismissal of his petition.

Respectfully submitted,
JOHN EVANS, by his attorney,


/s/Emanuel Howard
_____
EMANUEL HOWARD; BBO# 241740
P. O. Box 66067
Newton, MA  02466-0002
TEL:  (617) 965-3042


_____
Evans  Not. Appeal USDC-/s/ 07.18.2005 "CORRECTED"