# EMANUEL HOWARD

**Attorney at Law**
**P. O. Box # 66067**
**Newton, MA  02466-0002**

**Telephone (617) 965-3042**
**Fax (617) 965-3793**

July 29, 2005

Clerk,
United States District Court
for the District of Massachusetts
U. S. Courthouse
1 Courthouse Way
Boston, MA  02210

RE:   **Evans v. Verdini**, case 1:04-cv-10323-RWZ.

Dear Sir/Madam:

Please note that I will be away from my office beginning July 30, 2005, returning on August 22, 2005.

Thank you for your attention to this matter.

Very truly yours,


/s/EMANUEL HOWARD
CC; Cl.; A.G. S. Reardon
Evans Clerk, U.S.D.C. Away From Office 07.29.2005 XP