# United States Court of Appeals
## For the First Circuit

No. 05-2272

JOHN EVANS,

Petitioner, Appellant,

v.

PAUL VERDINI,

Respondent, Appellee.

**JUDGMENT**

Entered: October 18, 2006

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's dismissal of the petition for habeas corpus is affirmed.

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: NOV 2 1 2006

By the Court:
Richard Cushing Donovan, Clerk

**MARGARET CARTER**

By: Margaret Carter, Chief Deputy Clerk

[cc: Mr. Howard and Ms. Reardon.]